✗ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 0 5 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Aneta Eberhart/Sprdes
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Sandy Gonzalez, Moe (Liberty Tax)
Derrick Eberhart, See attached
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. **CV22-01313-PHX-ESW**
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRC wP 5.4
(Rule Number/Section)

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Aneta Eberhart/Sprdes
   Street Address: 16630 N. Reems Rd. #1007
   City and County: Surprise, AZ 85374 (Maricopa)
   State and Zip Code: Surprise, AZ 85374
   Telephone Number: 602-739-2625
   E-mail Address: ~~[redacted]~~ AnetaSprdes9@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Derrick Eberhart
- Job or Title (if known):
- Street Address: Unknown (Phoenix, AZ)
- City and County: Phoenix - Maricopa
- State and Zip Code: Phoenix, AZ
- Telephone Number: 602-920-2842
- E-mail Address (if known): Eberhart585@gmail.com

Defendant No. 2
- Name: Moe (liberty tax)
- Job or Title (if known):
- Street Address: Unknown
- City and County: Phoenix
- State and Zip Code: Phoenix, AZ
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Peoria Police Department
- Job or Title (if known):
- Street Address: 8351 W. Cinnabar Ave
- City and County: Peoria (Maricopa)
- State and Zip Code: Peoria, AZ 85345
- Telephone Number: 623-773-8311
- E-mail Address (if known):

Defendant No. 4
- Name: Sandy Gonzalez
- Job or Title (if known):
- Street Address: Unknown
- City and County: Phoenix, Maricopa
- State and Zip Code: Phoenix, AZ
- Telephone Number:
- E-mail Address (if known):

Peoria Police Department
Peoria City Attorneys Office
Butch & Charlotte
Lanard Thomas
Budget Suites
Phoenix Police Department
Nems Inc.
Edgar Guillen
Thomas Loenger
Days Inn & Suites Surprise

Defendant No. 5 –
   Peoria City Attorneys Office
   8401 W. Monroe Street
   Peoria, AZ 85345

Defendant No. 6
   Butch & Charlotte
   4271 W. Dessert Hills Dr
   Phoenix, AZ 85029

Defendant No. 7 –
   Lanard Thomas
   Budget Suites Yorkshire
   Phoenix, AZ

Defendant No. 8 – Budget Suites
   2702 W. Yorkshire Dr.
   Phoenix, AZ 85027

Defendant No. 9 - Phoenix Police Department
620 W. Washington St.
Phoenix, AZ 85003

Defendant No. 10 - Rems Inc.
Peoria, AZ
(Real Estate Rental Company)

Defendant No. 11 - Edgar Guillen
11018 N. 82nd Ave
Peoria, AZ 85345

Defendant No. 12 - Thomas Loeinger
11018 N. 82nd Ave
Peoria, AZ 85345

Defendant 13 – Days Inn & Suites by Wyndham Surprise

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Domestic Violence, money laundering, Drug overdosing, emotional stress, gross negligence

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* Aneta Eberhard/Sproles, is a citizen of the State of *(name)* US.
    
    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of (foreign nation) _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Abuse, emotional Distress, loss of wages, Drug overdosing, money laundering, mental abuse $515,000.00 = I Am Seeking from All Defendants

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I Anesta Am entitled to the damages & Relief because Derrick Eberhart knowingly abused me and had his friends and agencies help him to destroy my life and make me lose everything. Causing me to be homeless & hospitalized.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Relief I Am asking for is for each defendant to pay me $40,000.00 each. That Derrick Eberhart be ordered to pay me A monthly amount of $4,000.00 for 72 months in conjuction w/ his $40,000.00.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/30/22

Signature of Plaintiff
Printed Name of Plaintiff: Aretha Eberhart Sproles

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Note to Court: this is original make copies if need be. It's urgent I file this lawsuit.
  Thanks.

Derrick Eberhard is my abuser and I Am A Survivor of Extensive Domestic Violence from him.
Please help with this lawsuit.